# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JERRY W. ELLEDGE, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-11-630-M |
| THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA, | ) |
| Respondent. | ) |

## ORDER

On September 30, 2011, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation: Timeliness of the Habeas Action in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that habeas relief be denied because this action is time-barred. Petitioner was advised of his right to object to the Report and Recommendation by October 17, 2011. On October 17, 2011, petitioner filed his objection, and on October 24, 2011, petitioner filed his corrected objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on September 30, 2011;

(2) DENIES the Petition for Writ of Habeas Corpus as time-barred; and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 27th day of October, 2011.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE